UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE NO. 8:11-cr-00197-T-24MAP

MICHAEL JIMENEZ,
JOHANA MELENDEZ SANTIAGO, and
MARIE MASON

## GOVERNMENT'S WITNESS LIST

The United States of America, by Robert E. O'Neill, United States Attorney for

the Middle District of Florida, respectfully submits the following list of witnesses to be

called in the government's case-in-chief:

1.     Banks, Bartholomew

2.     Bayard, Merrie

3.     Bell, Marecia S.

4.     Bledsoe, Isaac

5.     Chantigny, Manoucheca

6.     Dasher, Dawn R.

7.     Edman, Linda

8.     Estes, Nolen

9.     Finney, Jr., Louis A.

10.    Fowler, Janet M.

11.    Galloway, Teresa

12.    Knight, Ronald D.

13.     Navejar, Idalin R.

14.     Rogoff, David

15.     Sheehan, Robert

16.     Simon, Tim

17.     Tedder, Carol

18.     Wheeden, Daphne J.

19.     Williams, Deven

The United States reserves the right to call additional witnesses during the trial of this case, if appropriate.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney


By:     *s/ Robert E. O'Neill*
        Robert E. O'Neill
        United States Attorney
        Florida Bar Number 0105155
        400 North Tampa Street, Suite 3200
        Tampa, Florida  33602
        Telephone:   (813) 274-6000
        Facsimile:    (813) 274-6108
        E-mail:        Robert.O'Neill@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2011, I electronically filed the foregoing with the

Clerk of the Court by using the CM/ECF system which will send a notice of electronic

filing to the following:

Jeffrey Geldert Brown
jeff@brownanddoherty.com

Matthew P. Farmer
mattfarmer1@aol.com

David T. Weisbrod
dwislaw@yahoo.com


s/ *Robert E. O'Neill*
Robert E. O'Neill
United States Attorney
Florida Bar Number 0105155
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
Telephone:   813-274-6000
Facsimile:   813-274-6108
E-mail:        Robert.O'Neill@usdoj.gov